UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRUCE COLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CV1669 RWS |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff's motion for declaratory judgment relief will be denied. This case was closed last year. The motion will also be denied because it has the caption for Kentucky state court and may have been mistakenly filed in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for declaratory judgment relief [#11] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2008.